UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WISCONSIN

www.wiwb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ April 12, 2022 _____   Original Plan

☐ _____   Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____   Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Timothy A. Hass _____   JOINT DEBTOR: _____   CASE NO.: 22-_____

SS#: xxx-xx- 4161 ___   SS#: xxx-xx-_____

## I.   NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☑ Included | ☐ Not included |

TO ALL PARTIES:

**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A.   **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1.   $920.00 _____ for _____ 36 _____ months;

2.   $0.00 _____ for _____ months;

3.   $0.00 _____ for _____ months;

4.   $0.00 _____ for _____ months;

5.   $0.00 _____ for _____ months;

6.   $0.00 _____ for _____ months;

7.   $0.00 _____ for _____ months;

8.   $0.00 _____ for _____ months;

9.   $0.00 _____ for _____ months;

The total amount of estimated payments to the trustee:   $33,120.00 _____

B.   **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4000.00 | Total Paid: | $500.00 | Balance Due: | $3500.00 |
|---|---|---|---|---|---|

Payable _____ $0.00 _____ /month (Months _____ to _____ )

Debtor(s) Timothy A. Hess _____   Case number: 22-

**III.   TREATMENT OF SECURED CLAIMS**

    **A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: GM Financial

    Address: PO Box 183834
              Arlington TX 76096-3834

Arrearage/ Payoff on Petition Date   $39,622.00

Regular Payment (Maintain)   $746.09   /month

Account No.: _____

Other:   See non-standard below

☐ Real Property

    ☐ Principal Residence

    ☐ Other Real Property

Check one below for Real Property:

    ☐ Escrow is included in the regular payments

    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

�,■ Personal Property/Vehicle

Description of Collateral: Chevrolet Silverado

    **B.   VALUATION OF COLLATERAL:**   ■ NONE

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A.   ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    **B.   PRIORITY TAX CLAIMS:**   ■ NONE

    **C.   DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    **D.   OTHER:** ■ NONE

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay   $0.00   /month

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.**   ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.   SEPARATELY CLASSIFIED:**   ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

    ■ NONE

**VII.   INCOME TAX RETURNS AND REFUNDS:** ■ NONE

**VIII.   NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    III(A)(1) above - GM Financial has a secured claim on a Chevrolet Silverado in the amount of $39,622.00. Debtor shall make a pre-confirmation adequate protection payment in the amount of $746.09 and continue to make a monthly payment of $746.09. This payment shall be paid commensurate with administrative expenses. Interest shall accrue at %. Debtor shall continue to pay GM Financial directly after the completion of the chapter 13 plan.

Debtor(s) Timothy A. Hass                                    Case number: 22-_____

☐  Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


s/Timothy A. Hass _____ Debtor    April 12, 2022 _____        Joint Debtor _____

Timothy A. Hass                                      Date                                                                                  Date


s/Greg P. Pittman _____            April 12, 2022 _____
   Attorney with permission to sign on                      Date
       Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**