UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Timothy A Hass                           Case No. 22-10577-13

         Debtor(s)

TRUSTEE'S RECOMMENDATION OF MODIFIED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Modified Chapter 13 Plan and Request to Modify Confirmed Plan filed as Document #29   on   1/10/2025 and states as follows:

1. Plan is modified to extend the plan term from 36 to 60 months in order to maintain feasibility.

2. The Motion to Dismiss previously filed in this case is withdrawn.

Dated:   January 14, 2025

Standing Chapter 13 Trustee

By:____/s/*Leslie Brodhead Griffith*____

Leslie Brodhead Griffith
Attorney for Trustee
122 W Washington Ave, Suite 500
Madison, WI   53703-2758
(608) 256-4320