**THIS ORDER IS SIGNED AND ENTERED.**

Dated: February 3, 2025

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | Case Number: 1−22−10577−cjf |
| Timothy A Hass | Chapter: 13 |
| Debtor(s). | |

### ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

Upon review of the Modified Chapter 13 Plan filed by the Debtor, notice being duly given and no objections having been filed or any objections having been resolved,

IT IS HEREBY ORDERED that the Modified Plan is CONFIRMED.

###